UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61344-CIV-ZLOCH

ROBENSON PIERRE, on behalf of
himself and all others
similarly situated,

    Plaintiff,

vs.                               **O R D E R**

KING INTELLIGENCE AND SECURITY
SERVICES, INC., a Florida
corporation, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    The Court notes that the above-styled cause is a Fair Labor Standards Act case arising from 29 U.S.C. § 201 et seq., in which Plaintiff seeks unpaid wages. Pursuant to Federal Rules of Civil Procedure 26(a)(1)(C), Plaintiff shall file a statement of the claim setting forth the amount of alleged unpaid wages, the means of calculating such wages, and the nature of said wages (including but not limited to overtime or regular wages) with the Clerk of this Court, within twenty days of this Order. Further, Plaintiff shall promptly serve a copy of this Order, the statement of the claim, and pursuant to Rule 26(a)(1)(C) copies of all documents supporting his claims (including but not limited to time slips, pay stubs, and personnel records) on Defendants' counsel when said

counsel first appears in this action, or twenty days from the date of this Order if said counsel has already made an appearance in this action.  Additionally, Defendants shall file a response to Plaintiff's statement of the claim and provide Plaintiff with copies of all documents supporting its defenses within twenty days of service of Plaintiff's statement of the claim or upon the filing of its Answer, whichever date shall be later.

The failure of any party to adhere to this Court's Order may result in the Court dismissing the action or proceeding or any part thereof, or rendering a judgment by default against the disobedient party without further notice or hearing. See Fed. R. Civ. P. 37(b)(2)(A).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this     22nd     day of June, 2016.

```
                              /s/ William J. Zloch
                              WILLIAM J. ZLOCH
                              United States District Judge
```

Copies furnished:

All Counsel of Record