UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROBENSON PIERRE, on behalf of
himself and all others similarly situated,

Case No. 0:16-CV-61344-WJZ

    Plaintiff(s),

v.

KING INTELLIGENCE AND SECURITY
SERVICES, INC., a Florida corporation,
and KAOLA KING and LARRY WEEMS,
individuals,

    Defendants.
_____/

## STATEMENT OF CLAIM FOR ROBENSON PIERRE

Pursuant to this Court's Order dated June 22, 2016 [DE 7] and Federal Rule of Civil Procedure 26(a)(1)(A), Robenson Pierre ("Plaintiff") submits this preliminary statement of claim in this collective action, setting forth his alleged unpaid overtime compensation and unpaid wages (including reimbursable expenses).[1] Plaintiff estimates that his employment began at or around June 27, 2015. Plaintiff possesses most of his bi-weekly ADP Earnings Statements from July 25, 2015 to March 4, 2016, although Plaintiff believes further ADP Earnings Statements exist that are not in his possession. Defendants are in possession of the records necessary to make the most accurate calculations of Plaintiff's claims, including, but not limited to, weekly time sheets.

Notwithstanding the foregoing, Plaintiff's estimated calculations (pending further discovery) are as follows. The below figures show the estimated amounts for the separate claims related to unpaid overtime compensation, unpaid wages for off-the-clock work, and unpaid wages in the form of reimbursable expenses:

---

[1] Plaintiff's estimated statement of claim is also outlined in the Complaint filed in this action on June 21, 2016.

1

**Unpaid Overtime Compensation**

| Approximate Time Period | Regular Rate of Pay (*A*) | Overtime Wage (*B = A x 1.5*) | Overtime Damages Rate (*C = B - A*) | Estimated Overtime Hours (*D*) | Approximate Damages (*C x D*) |
|---|---|---|---|---|---|
| 6/27/2015 - 3/4/2016 | $9.00 | $13.50 | $4.50 | 293.50 | $1,320.75 |

**Unpaid Wages for Off-the-Clock Work**

| Approximate Time Period | Estimated Hours Worked Off the Clock (*A*) | Florida Minimum Wage (*B*) | Approximate Damages (*A x B*) |
|---|---|---|---|
| 6/27/2015 - 3/4/2016 | 20.00 | $8.05 | $161.00 |

**Reimbursable Expenses**

| Reimbursable Expenses | Approximate Damages |
|---|---|
| Uniform expenses | $80.00 |

| | |
|---|---|
| **Total Estimated Damages Owed** | $1,561.75 |
| **Liquidated Damages** | $1,561.75 |
| **Total Estimated Claim Value** | $3,123.50 |

Dated:     July 7, 2016

Respectfully submitted,

/s/ David H. Lichter
David H. Lichter (FBN: 0359122)
dlichter@lichterlawfirm.com
LICHTER LAW FIRM
2999 NE 191st Street, Suite 330
Aventura, FL 33180
Tel:  (305) 356-7555
Fax: (305) 356-7556
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing, along with the Court's Order and copies of Plaintiff's supporting documentation, are being furnished to the Defendants via U.S. Mail according to the service list below.

        Respectfully submitted,

        /s/ David H. Lichter

## SERVICE LIST

King Intelligence and Security Services, Inc.
c/o Kaola King
3801 Environ Boulevard, #312
Lauderhill, FL 33319

Kaola King
3801 Environ Boulevard, #312
Lauderhill, FL 33319

Larry Weems
2880 W. Oakland Park Boulevard, Suite 211
Oakland Park, FL 33311