FILED BY _____ D.C.

FEB 01 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA


ROBENSON PIERRE, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

                                                          CASE NO. 0:16-CV-61344-WJZ

    Plaintiff(s)

-vs-


KING INTELLIGENCE AND SECURITY SERVICE,
INC., A FLORIDA CORPORATION, AND KAOLA
KING AND LARRY WEEMS INDIVIDUALS,

    Defendants.
_____/

**DEFENDANTS MOTION REQUESTING THIS HONORABLE COURT FOR
DISMISSAL OF THE DEFAULT OF JUDGMENT AND THIS CAUSE
OF ACTION, AS IT APPEARS, PLAINTIFF HAS CONCEDED
THAT PLAINTIFF ROBENSON PIERRE IS ONLY ENTITLED TO
$1200 DETERMINED OWED BY THE DEPARTMENT OF THE
SECRETARY OF LABOR**

    NOW COMES, the Defendants, Kaola King, King Intelligence and Security Service, Inc., and Larry Weems, who hereby files this Motion Requesting this Honorable Court for "Dismissal of the Default Judgment and this Case", as it appears that Plaintiff has conceded to the facts determined by the DEPARTMENT OF THE SECRETARY OF LABOR determination that these Defendants only owes Plaintiff Robenson Pierre $1200 in back wages as showed and argued in Defendants Memorandum in Response to Plaintiff Motion for Final Judgment. {DE 15}.

- 1

Defendants asserts that this requested Dismissal is based on the fact that Plaintiff does not want a hearing to determine the true facts of this case as determine by the Department of Secretary of Labor.

WHEREFORE, based upon the arguments presented by the Defendants in their previous Response Motions, these Defendants "prays" that this Honorable Court will Dismiss the Default Judgment and this Case, "in the interest of justice".

DATED THIS __10__ DAY OF JANUARY, 2017.

Respectfully submitted,

By: /s/ Kaola King
c/o Kaola King
King Intelligence and Security Services Inc.,
3801 Environ Boulevard, #312
Lauderhill, FL 33319

/s/ Larry Weems
Larry Weems
2880 W. Oakland Park BLVD
Suite 211
Oakland Park, FL 33311

- 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was sent on January _10_, 2017, by first class prepaid U.S. Mail and sent To the following:

David H. Lichter, Esq.
Attorney at Law
2999 NE 191st Street, Suite 330
Aventura, FL 33180